

2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

Anthony Casey, Commissioner
John Hurley, Commissioner
Leonard Buckle, Commissioner

## TOWN OF RIDGLEY
## RIDGELY POLICE DEPARTMENT

### TERMS OF THE AGREEMENT:

Jeffery Eckrich (herein, "Eckrich") agrees to accept employment and act as the Chief of Police for the Commissioners of Ridgely (herein, "Town"). Eckrich agrees to perform his duties to the best of his abilities in accordance with the highest professional and ethical standards mandated and expected by the profession.

Eckrich shall be employed for an indefinite period of time, commencing with the execution of this agreement, January 1, 2021, with no renewal of said agreement necessary unless both parties agree to the terms of a new employment agreement.

### MODIFICATION.

No change or modification of this agreement shall be valid unless it shall be in writing and signed by both of the parties.

### COMPENSATION

Jeffery Eckrich will be an "Exempt" employee and receive a salary of $???? per annum, payable in accordance with the Town's standard payroll procedures. He will be issued a 2% COLA (Cost of Living Adjustment) yearly when available. As an "Exempt" employee, Eckrich will not be eligible for overtime or compensatory time for hours worked in excess of the regular work week, unless State of Emergency and this will be paid as Overtime. Employees are designated as executive, administrative, professional, or otherwise exempt under Federal or State law will normally work more hours than the standard forty (40) hour work week.

### REDUCTION IN BENFITS

The parties hereto agree that there will be no reduction in benefits during the term of this agreement unless all employees are affected

### LAY OFF AND RECALL

**EXHIBIT 1**

In the unfortunate event that the Town reasonably determines that a reduction in the Town's Police Department is necessary, personnel from the Department will be laid off according to rank commencing at the lowest rank.

**EMPLOYEE RESIGNATION**:

In the event Eckrich wishes to voluntarily resign as the Chief of Police during this agreement, he shall be required to give the Town a six-week written notice of such intention, unless such notice is waived by the Town Commissioners. <u>Eckrich will provide full cooperation to ensure a smooth and normal transition to the newly-appointed individual.</u>

**BENEFITS:**

1. **Automobile**.
   The Town shall provide a police vehicle for use by Eckrich and shall pay all operating and maintenance expenses and insurance. Said vehicle is to be used by Eckrich in connection with the performance of his duties as the Chief of Police and for his professional growth and development. It may not be used by Eckrich for family vacations or recreational trips when the Chief would not be reasonably expected to respond to an incident or event.

2. **Professional Liability Insurance**.
   The Town of Ridgely agrees to furnish, at its expense, professional liability insurance for the Chief of Police with liability limits of at least one million dollars.

3. **Term Life Insurance.**
   The Town of Ridgely agrees to furnish one hundred percent of the premium for term life insurance in the amount of <u>Twenty-Five Thousand Dollars.</u> Jeffery Eckrich shall name the beneficiary(ies) of said term life insurance.

4. **Dues and Subscriptions**.
   <u>Dues and Subscriptions are budgeted yearly and will be allowed until monies allocated in the budget for such purposes are exhausted.</u>

5. **Professional Development**.

   <u>Professional development are budgeted yearly and would be allowed until all monies allocated in the budget for such purposes are exhausted.</u>

6. **Post-employment Responsibilities**:

   If, following termination of his employment with the Town, Eckrich is required or summonsed to participate in any job-related meetings, proceedings, appearances, hearings, and/or is required to testify in any forum, the Town agrees to pay him a consulting fee of $100 per day. If out-of-town travel is required for such post-employment duty, the Town of Ridgely will compensate Eckrich at the standard established IRS rate. The reasonable costs for meals and lodging for such travel will also be paid for by the Town as per the employee manual.

7. **Line of Duty Death:**

In addition to the life insurance policy referred to in Paragraph 3, The Town will pay Eckrich's spouse Two Thousand five hundred dollars five days after Line of Duty death.

8. **Vacation Leave**

   Jeffery Eckrich will receive benefits in accordance with the Town Personnel Manuel. Vacation Leave will begin accruing at 4.62 hours per pay period for an annual accumulation of 120 hours. This leave shall increase to 6.16 hours per pay period for an annual accumulation of 160 hours at his five (5) year anniversary.

9. **Sick Leave**

   Jeffery Eckrich will receive Sick Leave in accordance with the Town Personnel Manual.

**EXPENSES:**

Expenses are to be reimbursed by the Town for "reasonable" out of pocket expenditures incurred by the Police Chief.

**TERMINATION:**

1. **Death during Term of Employment**:

   If the Chief of Police dies during the term of employment, the Town shall pay to the Chief's spouse all the compensation which would otherwise be payable to the Chief of Police up to the date of the Chief's death, including but not limited to: unused vacation, holidays, personal days, and sick days in accordance to the Town Personnel Manual.

2. **Termination without Cause**:

   It is agreed that Lt Eckrich is being promoted within the Department to the rank of "Chief of Police". Eckrich will be afforded a mutual agreement of understanding that he can be demoted to his last held rank, prior to being promoted. As such, his pay shall be at least ten percent (10%) higher than that of the current sergeant at that time. If Eckrich elects instead to terminate the agreement, he shall give sixty days' notice of his "Right to terminate his Employment Agreement without cause as Police Chief". In such event, Eckrich shall not receive payment for accrued vacation and sick leave.

   A) The parties agree that Eckrich is not an "at-will" employee. Instead, this contract may not be unilaterally terminated by the Town, without a finding of cause, except as follows:

   B) The Town shall give to Eckrich ninety days' notice of the Town's intent to terminate this employment contract without cause; and

   C) Three month's severance pay shall be paid in full on the 31st day following the Town's notice to Eckrich of its intent to terminate this contract without cause; and

    D) Eckrich shall also be paid the balance of unused vacation leave and accrued sick leave as provided in the Town's personnel manual then in effect. <u>The Severance Package will not be paid if Eckrich elects the option to return to his former rank contained in Paragraph 2 above.</u>

4. **Termination for Cause**:

    A.   The following reasons shall constitute grounds for the Town to terminate this Agreement for Cause and without payment of the Severance benefits.

        1. A breach of this Agreement or the repeated neglect by Eckrich to perform the duties he is required to perform under this Agreement that continues after written notice and a 30-day cure period;

        2. Conviction of any criminal act relating to employment with the Town and/or affecting the ability of Eckrich to carry out the duties and responsibilities of the position of Chief of Police;

        3. Conduct, relating to Town employment, which, while not criminal in nature, violates the Personnel Manual or other reasonable standards of professional and personal conduct in some substantial manner; and

        4. Conviction of any felony offense;

        5. Mental or physical unfitness that prevents Eckrich from carrying out the essential functions and/or duties of the position of Chief of Police.

    B.   It is agreed that the Chief can be disciplined and discharged by the town for cause, upon proper written notice and only after a hearing at which the Chief shall have the right to be represented by counsel. The Chief shall have the option of choosing whether or not any such hearing shall be closed to the public or be held as an open and public hearing during the next regularly-scheduled Town Meeting proceeding termination by the Town. The Chief of Police, or his designee, shall be given up to a <u>maximum of fifteen minutes</u> of time during the public or closed Town meeting to clear his name of any wrong doing and/or any allegation(s) of misconduct.

    C.   The Town may at any time terminate this employment contract for any of the reasons set forth in paragraph 7.4 of Chapter 7 of the Town personnel manual, or corresponding future provision thereof is no more restrictive of employee conduct than that paragraph as written on January 1, 2011.

    D.   In the event that the Town elects to proceed under this Section 4, d. Termination for cause, then:

      a.   The Town shall forward to Eckrich a written statement that sets forth the reasons for dismissal. The written statement shall include a notification that Eckrich has 10 calendar days from the date of its receipt in which to request a termination hearing.

b.   If Eckrich does not respond within the time limits provided in subsection (1) of this section, the Town Commissioners may terminate this employment contract.

c.   If Eckrich requests a termination hearing in writing within the time limits provided in subsection (a) of this section, the Town Commissioners shall promptly schedule a termination hearing. The hearing shall consist of three (3) persons. The three persons shall consist of one (1) chosen by the Town, one (1) chosen by Eckrich and one (1) chosen by the two so chosen. The majority of the three (3) person hearing board shall be sufficient to uphold a discharge or to reverse the discharge decision. At the termination hearing, Eckrich shall be given an opportunity to respond to the allegations contained in the written statement and may be represented by legal counsel at Eckrich's expense.

d.   After the termination hearing is complete, the Town Council and Eckrich will abide by the Hearing Board's decision. In either event Eckrich will be informed of the Hearing Boards findings in a written statement within three (3) business days.

### INTERNAL AFFAIRS INVESTIGATIONS:

A.   Results of an Internal Affairs Investigation shall not be made part of the Chief's Personnel file unless results of the investigation are <u>sustained.</u>

B.   If any written copies of any material are added to the Chief's personnel file, he shall have the opportunity to rebut or provide an explanation statement and that statement shall be include in said personnel records of the Chief.

C.   The Chief shall be notified <u>in writing no less than seven days</u> before the date his personnel files are sent outside the Town Office for any reason other than the Chief making the written request himself.

### LIABILITY:

Employee shall be held harmless from any claim for damages arising from his conduct as Chief of Police except for injuries or damages caused by neglect, failure to perform job duties, or a commission of a crime. The Town also agrees to provide a Public Relations Representative in the event of newsworthy incidents, if/when needed.

### SAFETY AND EQUIPMENT MAINTENANCE:

The Town agrees that all equipment and motor vehicles issued to the Chief of Police shall be maintained so as to comply with generally-accepted safety requirements for the protection of the Chief.

As witness the hand of the President of the Commissioners of Ridgely, as it's duly authorized officer, and its corporate seal, and at witness the hand and seal of Jeffery Eckrich.

Attest: _____   Commissioners of Ridgely: _____