

2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

Anthony Casey, Commissioner
John Hurley, Commissioner
Leonard Buckle, Commissioner

The Commissioners of Ridgley (the "Commissioners") suspended with pay the entirety of the Ridgely Police Department (the "Department"), effectively immediately, pending investigation by the Office of the Maryland State Prosecutor. The Commissioners are currently developing a temporary agreement with the Caroline County Sheriff's Department to guarantee uninterrupted public safety services for the citizens of Town of Ridgely (the "Town"). Please continue to dial 410-479-2515 for non-emergencies and 9-1-1 for emergencies.

Updates will be made on the Town website as they become available.

Effective March 13, 2024

**EXHIBIT 2**

