| | |
|---|---|
| **From:** | Donald L. Baker |
| **To:** | Stephanie Berkey; dcrist@ridgelymd.org |
| **Cc:** | Rodney J. Helmer; Daniel Fox |
| **Subject:** | Estimated Cost |
| **Date:** | Thursday, April 4, 2024 3:46:00 PM |
| **Attachments:** | Ridgely Estimation Sgt.xlsx<br>Ridgely Estimation Cpl..xlsx |

Good Afternoon,

Please find attached two estimated costs for the Sheriff's Office to assume the Ridgely Police Department. The first is to have a Sgt. as the top rank and the second is to have a Cpl. as the top rank. Please note that the first year there will be academy costs if we cannot find certified officers to fill the three sports. The Sgt. Estimate does not have the overtime cost added in. Please let me know if you have any questions or concerns. Thank you in advance for your time and consideration.

Respectfully,



***CONFIDENTIALITY NOTICE ****** The information contained in this email transaction is confidential and is intended only for the individual(s) named above. All email to and from this account is subject to official review and is for official use only. This email may contain information that is privileged, law enforcement sensitive or subject to other disclosures limitations. Such information is loaned to you and should not be disseminated without the permission of the Caroline County Sheriff's Office. If you have received this email in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

EXHIBIT 4

| Positions | Salary | W/C | FICA | Pension | Health | Life | Total |
|---|---|---|---|---|---|---|---|
| Corporal | $ 83,069.82 | $ 5,441.07 | $ 6,354.84 | $ 30,661.07 | $ 17,432.00 | $ 141.00 | $ 143,099.81 |
| Deputy First Class | $ 67,001.76 | $ 4,388.62 | $ 5,125.63 | $ 24,730.35 | $ 17,432.00 | $ 141.00 | $ 118,819.36 |
| Deputy First Class | $ 67,001.76 | $ 4,388.62 | $ 5,125.63 | $ 24,730.35 | $ 17,432.00 | $ 141.00 | $ 118,819.36 |
| Overtime | $ 10,000.00 | $ 655.00 | $ 765.00 | | | | $ 11,420.00 |
| | | | | | | | $ 392,158.52 |

| Annual Estimate | |
|---|---|
| Telephone | $ 127.20 |
| Liability Ins. | $ 2,685.00 |
| Equipment | $ 1,350.00 |
| Fuel | $ 21,000.00 |
| Vehicle Ins. | $ 1,845.00 |
| Vehicle Maintenance | $ 6,000.00 |
| Training Cost - MPCTC | $ 600.00 |
| | $ 33,607.20 |

| Upfront Cost | |
|---|---|
| Upfront - Uniforms, Guns, Equipment | $ 17,000.00 |
| Vehicles | |
| | $ 17,000.00 |

| | Estimated Cost | Current Town Budget | Annual Savings |
|---|---|---|---|
| Annual Cost Year 1 | $ 442,765.72 | $ 689,248.00 | $ 246,482.28 |
| Annual Cost Year 2 | $ 438,538.70 | $ 709,925.44 | $ 271,386.74 |
| Annual Cost Year 3 | $ 451,694.86 | $ 731,223.20 | $ 279,528.35 |
| Annual Cost Year 4 | $ 465,245.70 | $ 753,159.90 | $ 287,914.20 |
| Annual Cost Year 5 | $ 479,203.07 | $ 775,754.70 | $ 296,551.62 |
| | $ 2,277,448.05 | $ 3,659,311.24 | $ 1,381,863.19 |

| Annual Increase | 3.0% |
|---|---|

| Hours Covered Each Week | Hourly Rate | Cost a Week | Cost a Year |
|---|---|---|---|
| 140 | $ 75.00 | $ 10,500.00 | $ 546,000.00 |

| Positions | Salary | W/C | FICA | Pension | Health | Life | Total |
|---|---|---|---|---|---|---|---|
| Sergeant | $ 98,823.72 | $ 6,472.95 | $ 7,560.01 | $ 36,475.84 | $ 17,432.00 | $ 141.00 | $ 166,905.52 |
| Corporal | $ 83,069.82 | $ 5,441.07 | $ 6,354.84 | $ 30,661.07 | $ 17,432.00 | $ 141.00 | $ 143,099.81 |
| Deputy First Class | $ 67,001.76 | $ 4,388.62 | $ 5,125.63 | $ 24,730.35 | $ 17,432.00 | $ 141.00 | $ 118,819.36 |
| | | | | | | | $ 428,824.69 |

| Annual Estimate | |
|---|---|
| Telephone | $ 127.20 |
| Liability Ins. | $ 2,685.00 |
| Equipment | $ 1,350.00 |
| Fuel | $ 21,000.00 |
| Vehicle Ins. | $ 1,845.00 |
| Vehicle Maintenance | $ 6,000.00 |
| Training Cost - MPCTC | $ 600.00 |
| | $ 33,607.20 |

| Upfront Cost | | |
|---|---|---|
| Upfront - Uniforms, Guns, Equipment | $ 17,000.00 | |
| Vehicles (3) | | *Need some idea of what we are going to do with vehicles. |
| | $ 17,000.00 | |

| | Estimated Cost | Current Town Budget | Annual Savings |
|---|---|---|---|
| Annual Cost Year 1 | $ 479,431.89 | $ 689,248.00 | $ 209,816.11 |
| Annual Cost Year 2 | $ 476,304.84 | $ 709,925.44 | $ 233,620.60 |
| Annual Cost Year 3 | $ 490,593.99 | $ 731,223.20 | $ 240,629.21 |
| Annual Cost Year 4 | $ 505,311.81 | $ 753,159.90 | $ 247,848.09 |
| Annual Cost Year 5 | $ 520,471.16 | $ 775,754.70 | $ 255,283.53 |
| | $ 2,472,113.70 | $ 3,659,311.24 | $ 1,187,197.54 |

| Annual Increase | 3.0% |
|---|---|

| Hours Covered Each Week | Hourly Rate | Cost a Week | Cost a Year |
|---|---|---|---|
| 140 | $ 75.00 | $ 10,500.00 | $ 546,000.00 |