

2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Jeffery Eckrich, Chief of Police
27 Lister Lane
Ridgely, Maryland 21660

Re:   Notice of Layoff

Dear Chief Eckrich:

As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024. You will be paid the remainder of your salary for the Town's 2024 fiscal year. Additionally, you will be compensated for 200.24 hours of vacation time, 16 hours of personal time, and 188 hours of sick leave. Such compensation will be included in your final paycheck of the fiscal year. You will be receiving information from Human Resources with regards to your options for any contributions you have made to the Maryland State Retirement Agency.

You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.

**EXHIBIT 5**

Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

*[signature]*

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):    David Crist, Director of Operations
Stephanie Berkey, CMC, Clerk-Treasurer
Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Sergeant Lilian Lone
101 Lister Lane
Ridgely, Maryland 21660

Re:   Notice of Layoff

Dear Sgt. Lone:

As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024. You will be paid the remainder of your salary for the Town's 2024 fiscal year. Additionally, you will be compensated for 75.43 hours of vacation time and 20 hours of personal time. Such compensation will be included in your final paycheck of the fiscal year. You will be receiving information from Human Resources with regards to your options for any contributions you have made to the Maryland State Retirement Agency.

You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.



Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):   David Crist, Director of Operations
Stephanie Berkey, CMC, Clerk-Treasurer
Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD  21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Dalton DeCrispino
224 Wye Knot Court
Queenstown, Maryland 21658

Re:   Notice of Layoff

Dear Mr. DeCrispino:

As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024. You will be paid the remainder of your salary for the Town's 2024 fiscal year. Additionally, you will be compensated for 52.64 hours of vacation time and 20 hours of personal time. Such compensation will be included in your final paycheck of the fiscal year. You will be receiving information from Human Resources with regards to your options for any contributions you have made to the Maryland State Retirement Agency. You will also receive a separate notice from the Town's insurance provider regarding your eligibility to continue health insurance under COBRA.

You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property



has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.

    Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):    David Crist, Director of Operations
                                    Stephanie Berkey, CMC, Clerk-Treasurer
                                    Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

## COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Sef Martinez
1575 Native Dancer Court
Annapolis, Marland 21409

      Re:    Notice of Layoff

Dear Mr. Martinez:

    As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

    The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024.

    You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.



Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):   David Crist, Director of Operations
Stephanie Berkey, CMC, Clerk-Treasurer
Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Corporal John Jones, III
110 Nichols Manor Drive
Stevensville, Maryland 21666

     Re:    Notice of Layoff

Dear Cpl. Jones:

     As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

     The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024.

     You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.



    Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

*[signature]*

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):    David Crist, Director of Operations
                                Stephanie Berkey, CMC, Clerk-Treasurer
                                Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Private First Class William Paskey, III
3111 Burnite Mill Road
Harrington, Delaware 19952

Re:  Notice of Layoff

Dear PFC Paskey:

As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024.

You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.



Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):    David Crist, Director of Operations
Stephanie Berkey, CMC, Clerk-Treasurer
Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD 21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Detective Andrew Turner, IV
405 Birchwood Drive
Salisbury, Maryland 21804

Re:   Notice of Layoff

Dear Detective Turner:

As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024.

You must return all Town-owned property, including but not limited to uniforms, badges, weapons, building/office keys, equipment, and supplies issued by the Town in the furtherance of your employment, to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.



Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

*[signature]*

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):  David Crist, Director of Operations
Stephanie Berkey, CMC, Clerk-Treasurer
Patrick W. Thomas, Esq., Town Attorney



2 CENTRAL AVENUE * P.O. BOX 710 * RIDGELY, MD  21660 * Phone: (410) 634-2177 * Facsimile: (410) 634-1343 * www.ridgelymd.org

# COMMISSIONERS OF RIDGELY

John Hurley, Commissioner
Anthony Casey, Commissioner
Leonard Buckle, Commissioner

May 1, 2024

**DELIVERY VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
AND VIA FIRST-CLASS MAIL**

Barbara Utz
11409 Shane Circle
Ridgely, Maryland 21660

    Re:    Notice of Layoff

Dear Ms. Utz:

    As you may already be aware, the Commissioners of Ridgely (the "Commissioners") have entered into an Agreement for Law Enforcement Services with the Caroline County Sheriff's Office (the "Sheriff") and the County Commissioners of Caroline County pursuant to which the Sheriff is providing law enforcement services in the Town of Ridgely (the "Town") as of April 1, 2024.

    The purpose of this letter is to inform you that the Commissioners of Ridgely (the "Commissioners") have decided to lay off the entire Ridgely Police Department, effective July 1, 2024, as the Town's law enforcement services are being provided by the Sheriff. Accordingly, your employment with the Town will end as of June 30, 2024. Though the Town's grant funding for your position expired as of March 12, 2024, you will be paid the remainder of your salary for the Town's 2024 fiscal year.

    You must return all Town-owned property in your possession to David Crist, the Director of Operations, at 2 Central Avenue, Ridgely, Maryland. Please contact Mr. Crist as soon as possible following receipt of this letter to either make immediate arrangements for the return of such property or to confirm that all such property has been returned to the Town. You may reach Mr. Crist at the telephone number set forth above or at dcrist@ridgelymd.org.

Thank you in advance for your anticipated cooperation. Please contact Mr. Crist with any questions regarding this letter.

Sincerely,

John Hurley
President, Commissioners of Ridgely

cc (all via e-mail only):    David Crist, Director of Operations
Stephanie Berkey, CMC, Clerk-Treasurer
Patrick W. Thomas, Esq., Town Attorney