# COMMISSIONERS OF RIDGELY
## MAY 6, 2024
## TOWN MEETING



Summary of the April 10, 2024, closed session:
DATE: April 10, 2024   TIME: 5:00 PM PLACE: Town Hall   PURPOSE: To discuss personnel matters.
STATUTORY AUTHORITY: Md. Code Ann., General Provision Article §3-305(b)(1)" To discuss the appointment, employment, assignment, promotion, discipline, demotion, compensation, removal, resignation or performance evaluation of an appointee, employee, or official over whom this public body has jurisdiction; or any other personnel matter that affects one or more specific individuals."
VOTE TO MEET IN CLOSED SESSION: In favor: President Hurley, Commissioner Casey, Commissioner Buckle; Opposed: None.
TOPICS DISCUSSED: Employment status options of current Ridgely Police officers and support staff.
ACTION TAKEN: Current police department officers and support staff will be laid off effective July 1, 2024.

The Commissioners of Ridgely met on the above date at 6:00 pm in the town hall for the May 2024 town meeting. The following were in attendance: President Leonard John Buckle, Commissioner Anthony Casey, Commissioner John Hurley, Director of Operations David Crist, Clerk-Treasurer Stephanie Berkey, Zoning Administrator Melissa Leonard, Sheriff Donald Baker, Financial Assistant Gerald Sutton, Martha Marie Jarrell, Rob McQuade, Jan McQuade, Yvette Chester, Brad Sears, Cathy Schwab, Rick Schwab, Heather Amador, Robin Martin, Barbie Utz, Bobby Utz, Stephanie L. Larimore, Kelly Buckle, Brenda Walls, Kathleen Freeman, Jenifer Nesselroad, Jennifer Nesselrode, Greg Nesselroad, Gary Nesselroad, Jessica Duerstine, Joshua Duerstine, Kim Kuhn, Lisa (illegible), Scott Barron, Ray Maxie, Terri Ross, Linda Ross, Damian Kerstetter, Ken Groves, Steve Lone, Christine Eckrich, Melissa McFayden, Anna Mansfield, Kathleen Mann, James Romph, Ann Rossi-Gill, Clinton Gill, Connie Connolly, Lakia Pierce, Kayla Wielgosz, Lisa Wielgosz, Jason Wielgosz, Joe Anderson, Richard O. Smith, Sandra Pitts, Norma Pinkney, Melvin Pinkney, Alicia Moxley, Thomas Moxley. Via Zoom: Lilian Lone, Jean Davis, Nicole Watkins, Rob Watkins, Valerie Douglas, Makenna Nesselroad, Frank Ragione, Chad Leister, Ron Burgundy, Patrick Eckrich, Keri Giaimo, Amanda Weaver, Amy Casey, Matt King, Angelique Mason, Don Purdy, Philomena Cirillo, Brandon Cunningham, Phone #443-286-5053, Megan Clarke, Megan Nichols, Phone 443-439-9621, Phone #410-725-8445, Heidi King, Dave Peaerson, Nicole Pearce, Mary Pauley, Theresa Rankin, Deborah Dunn, Cindy Dodd, Gina Kerstetter.

President Buckle opened the meeting with the Pledge of Allegiance.

Commissioner Casey made a motion to appoint Stephanie Berkey Clerk-Treasurer, 2nd Commissioner Hurley, all in favor, approved. Commissioner John Hurley was sworn in for another term, upon winning his reelection.

Commissioner Casey made a motion to approve the minutes of the April 1, 2024, town meeting, April 10, 2024, vote to go into closed session, and April 10, 2024, closed session. The motion was seconded by Commissioner Hurley, all in favor, approved.

STAFF REPORTS
CLERK-TREASURER
Commissioner Casey made a motion to approve paying the bills, 2nd Commissioner Hurley, all in favor, approved. Total general funds reconciled $270,151.82, total sewer funds reconciled $47,361.74, total water funds reconciled $40,999.10, total ARPA funds reconciled $43,203.96. The constant yield tax rate for FY25 is .4656 down from .4882. Commissioner Casey made a motion to go with the constant yield tax rate for FY25, 2nd Commissioner Hurley, all in favor, approved.

EXHIBIT 6

DIRECTOR OF OPERATIONS
David Crist said that in his 23 years of service to the town as the water and sewer operator, he has never been reported to MDE. This spring there was a complaint about the town water being unpotable that went before the secretary of MDE. After about a month of inspections MDE reported that the town water is exactly where it is supposed to be, and all samples came in good. David is aware of multiple posts on Facebook about the town's water and wanted to set the record straight that they allegations are false. He recently met with a group from School Street to listen to the issues that are concerned about and waiting for authorization to go onto private property to conduct more testing. He is also sending a FOI request to MDE to see the actual complaint that was filed. He just wants to assure everyone that the town water is safe to drink.

SHERIFF'S OFFICE
Sheriff Baker reviewed the attached report.

ZONING ADMINISTRATOR
Melisssa Leonard said that the comprehensive plan meetings with Rauch Engineering will be bi-monthly. The first meeting will be June 12, 2024, at 5 pm. She encouraged the public to attend.

FINANCIAL ASSISTANT
Gerald Sutton reviewed some highlights of the proposed budgets. There have been no tax increases in five years.

OLD BUSINESS
None.

NEW BUSINESS
Town Attorney Patrick Thomas presented the amendment to agreement for law enforcement services between Caroline County, and the Caroline County Sheriff's Office to provide law enforcement services to the Town of Ridgely for the fiscal year 2025. It provides the town with 1 Sargent and two deputies to cover and additional 120 hours a week in town. The agreement has an option to renew.

Commissioner Casey asked why it was not for 140 hours a week. Sheriff Baker responded that with the scheduling with the 3 officers it could not be accommodated, but that for the past several years Ridgely residents have not been getting anywhere close to 140 hours of coverage a week.

The meeting was opened to public comment specifically to address police coverage for the Town of Ridgely.

James Romph said that the certifications for the Ridgely police officers are still valid. He discussed wanting the police and that because the certifications are still good, the town will be held liable. The AFC suspends officers under criminal investigation. Sheriff Baker responded that we were told by the State Prosecutor's Office to suspend. David Crist said the town was told by Sheriff Baker to get the MPCTC cards from the officers. Mr. Romph asked Sheriff Baker who told Ridgely to do it. He did not respond. A very loud and long discussion followed.

Marie Jarrell said to Mr. Romph that she was proud of the Town of Ridgely and the people.

Anna Mansfield asked why this was not a choice for the citizens to make. She asked if the police received certified letters terminating their employment. She agrees that the county has been seen in town, but will that continue?

Someone spoke as to the curb and sidewalk in town and what will the town do to make them ADA accessible.

Kim said that the Ridgely police have been very good to the people that live in Ridgely Meadows. She stressed that everyone is innocent until proven guilty.

Lakia Pierce asked why the Commissioners were not under investigation.

Damian Kerstetter said that this seems like the twilight zone. Most of these are career officers. He believes there should be something that we can say as to why 6 officers will be out of a job.

Anna Mansfield asked if police officer can be fired because they are at will? Patrick Thomas responded yes.

Frank Bartz, Caroline County Commissioner discussed that they are financially supporting this agreement. He believes that a good relationship can be built with Ridgely.

There was a discussion on what will become of the RPD vehicles. The county will buy 3 for $1.00 each and if the need arises, they can be sold back to the town for the same.

Heather Amador asked if we received any information from the OSP regarding any cleared officers? Are we open to lawsuits? Can the officers apply for their jobs?

Robin Martin said that the Commissioners have a responsibility to the residents. Mr. Hurley should recall; Mr. Casey should not sit mute. If this all comes back to money, maybe the residents wouldn't mind a bump in taxes to have their own police department.

The Commissioners were asked who gave the order to suspend. Commissioner Casey said he was not present, President Buckle said he could not recall as did Commissioner Hurley.

Anna Mansfield wants the vote to be delayed. It was explained that to have a budget for FY25 a decision would need to be made tonight.

Bobby Utz said that when this went down the town did not support our police department.

The ensuing discussion got very loud with MULTIPLE people talking at the same time and it was impossible to keep an accurate account of what was said.

President Buckle introduced Resolution No. 2024-01 regarding the Sheriff's Office providing law enforcement services to the town of Ridgely for FY25. Commissioner Casey made a motion to approve, 2nd Commissioner Hurley, all in favor, approved.

President Buckle introduced Ordinance No. 2024-397 Fiscal Year 2025 Budget.

PUBLIC COMMENT

Anna Mansfield asked if the RPD gets reinstated, can they fill the positions with the Sheriff's office?

The concerned Citizen said he does not believe that the citizens understand the investigative process.

Frank Bartz supports Sheriff Baker with the decision.

Anthony Casey is resigning after 14 years of service to the town. June will be his last meeting. He would like to support Brad Sears as the appointee to replace him.

The meeting was adjourned at 7:44 pm.

Respectfully submitted,
Stephanie L. Berkey, CMC
Clerk-Treasurer

# Ridgely
## April ACTIVITY REPORT 4/01/2024 TO 4/30/2024

| Call For Service Type | Reports | CFS Count |
|---|---|---|
| Animal Control | | 12 |
| Alarm | | 2 |
| Assault | 1 | 1 |
| Assist MSP | | 2 |
| Assist other non PD | | 1 |
| Attempt to Locate | | 12 |
| Bike Patrol | | 3 |
| Check Welfare | 1 | 2 |
| Civil Process Attempt/Serve | | 6 |
| Disturbance | | 1 |
| Domestic Verbal | 2 | 2 |
| Escorts | | 1 |
| Foot Patrol | | 1 |
| Miscellaneous | | 4 |
| Part I, II, or III Follow-Up | | 1 |
| Police Information | | 2 |
| Property Check | | 189 |
| Protective/Peace Order Service | 1 | 2 |
| Radar Assignment | | 23 |
| Ridgely Patrol | | 28 |
| Special Assignment | | 1 |
| Theft | 1 | 1 |
| Traffic Complaint | | 1 |
| Traffic MA Violation | | 1 |
| Weapons/Firearms | 1 | 1 |
| Traffic Stops | Captured | Below |
| **Total** | **7** | **299** |

| QUICK FACTS | TOTAL |
|---|---|
| Number of Assignments: | 28 |
| Number of Hours on Assign. | 140 |
| Number of TOTAL CFS: | 299 |
| Number of Reports Taken: | 7 |
| Total Traffic Stops: | 115 |
| Total Traffic Violations: | 147 |
| Total Arrests: | 2 |

## Traffic Enforcement Breakdown

| Enforcement Type | TOTAL |
|---|---|
| Citations | 35 |
| Warnings | 109 |
| SEROS | 3 |
| Must Appear Cases | 1 |
| Total Traffic Enforcement | 147 |



Calls For Service Activity Breakdown



Calls For Service REPORTS percentage breakdown



# FIRST AMENDMENT TO AGREEMENT FOR LAW ENFORCEMENT SERVICES

**THIS FIRST AMENDMENT TO AGREEMENT FOR LAW ENFORCEMENT SERVICES** (hereinafter referred to as this "First Amendment"), effective as of the 1st day of July, 2024, is by and between **COMMISSIONERS OF RIDGELY**, a body corporate and politic and a municipal corporation existing under the laws of the State of Maryland within the boundaries of Caroline County, Maryland, (hereinafter referred to as the *"Town"*), **CAROLINE COUNTY SHERIFF DONALD L. BAKER, JR.**, a State constitutionally elected official (hereinafter referred to as *"Sheriff"*), and **THE COUNTY COMMISSIONERS OF CAROLINE COUNTY, MARYLAND**, a body corporate and politic and a political subdivision of the State of Maryland (*hereinafter referred to as the "County"*). The Town, the Sheriff, and the County are hereinafter collectively referred to as the "Parties."

**WHEREAS,** on April 1, 2024, the Parties entered into an Agreement for Law Enforcement Services (hereinafter referred to as the "Agreement"), pursuant to which the Sheriff currently provides law enforcement services for the Town on an interim basis; and

**WHEREAS,** the Parties are desirous of amending the Agreement for the purpose of the Sheriff continuing to provide law enforcement services for the Town on an ongoing basis, subject to the terms and conditions set forth herein.

**NOW, THEREFORE,** the Parties agree to amend the Agreement as follows, with additions shown in **bold, underlined** font and deletions shown in strikethrough:

1. Section 1 of the Agreement is hereby amended as follows:

    1. The Sheriff, pursuant to the Rules and Regulations pertaining to the Provision of Contracted Law Enforcement and Public Safety Services, a copy of which is attached as Exhibit "A" and in consideration of the promises of the Town, does hereby agree to detail on an overtime-based assignment **full-time basis** to the Town **two (2)** uniformed Sheriff's deputies **and one (1) uniformed Sheriff's Sergeant** on a predetermined schedule and as may be available. The contracted deputies **and Sergeant** will work thirty-five (35) **a combined minimum of one hundred twenty (120)** hours per week**, as more fully set forth in a daily schedule as agreed upon and amended from time to time as needed between the Town and the Sheriff,** consisting of one shift per working day or as otherwise directed or needed. After hours and on days off, the Sheriff's Office through normal patrol operations will handle calls for service, on the basis and under the same conditions, restrictions, and availability as provided in non-municipal areas of Caroline County. The Sheriff shall provide, to the best of his ability, personnel to meet this thirty-five (35) **one hundred twenty (120)** hour minimum through normal patrol operations, provided, however, that all obligations of the Sheriff under this paragraph

~~(1)~~ **section** shall be subject to employee availability. **In the event that the contracted deputies and Sergeant are unavailable, the Sheriff may assign, or request the assignment of, other duly qualified, uniformed law enforcement officers, including but not limited to Maryland State Police Troopers, to the Town.**

2. Section 2 of the Agreement is hereby amended as follows:

    2. Services under this Agreement shall commence on ~~April~~ **July** 1, 2024, and shall continue on ~~an indefinite term~~ **a year-to-year basis** until terminated in accordance herewith. This Agreement may be terminated at any time by any party as to the services or obligations of such party with thirty (30) days written notice to the other parties. Because the **Town and the** County ~~is a~~ **are** local government ~~entity~~ **entities** (and **the County** funds the Sheriff)**,** ~~it~~ **they** may not enter into multi-year agreements (agreements that require expenditures beyond the current fiscal year) without either doing so as the issuance of debt, with accompanying legislation or by including a non-appropriations clause in a contract or agreement. Therefore, anything in this Agreement to the contrary notwithstanding, should the County Commissioners of Caroline County, Maryland **or the Commissioners of Ridgely** determine not to include funding for this Agreement in any budget for the Sheriff, or make such other budgetary decisions as to affect the Sheriff's ability to provide services under this Agreement for an upcoming fiscal year or portion thereof, the **Town, the** County**,** and/or the Sheriff shall be permitted to terminate this Agreement upon thirty (30) days prior written notice.

3. Section 3 of the Agreement is hereby amended as follows:

    3. **A.** In exchange for the ~~assignment of said overtime deputies~~ **Sheriff's provision of law enforcement services hereunder**, the Town hereby promises and agrees to pay ~~an amount equivalent to the standard third-party billing rate charged to third parties by the Sheriff as from time to time determined~~ **the costs set forth in Exhibit "C," which for the fiscal year ending June 30, 2025 (the "2025 Fiscal Year") are estimated to be Four Hundred Seventy-Four Thousand Nine Hundred Seventy-One and 44/100 Dollars ($474,971.44)**. ~~The Sheriff shall give prior notice prior to any rate change. Not less frequently than annually by March 15th, the Sheriff and County shall estimate the reasonable and proper costs of the contracted services for the next term and shall so advise the Town.~~ **The Parties shall meet no later than March 30th annually to negotiate the estimated costs for the next upcoming fiscal year, as well as any other necessary amendments to this Agreement. Subject to the foregoing, it is understood and acknowledged that the costs set forth in Exhibit C for the 2025 Fiscal Year are anticipated to increase between three percent (3%) and four percent (4%) annually. Nothing herein shall be deemed to limit the Parties' ability to negotiate other amendments to this Agreement, as needed.**

2

      **B. Promptly upon the execution of the First Amendment to this Agreement, the Parties shall negotiate in good faith regarding the use, custody, sale, and/or ownership of all Town police vehicles (consisting of three (3) Ford Explorers and one (1) Chevrolet Tahoe) and equipment, including but not limited to radios, body worn cameras, and firearms. Subject to the foregoing, it is anticipated that the Town will sell the four (4) police vehicles and at least three (3) radios to the County for the Sheriff's use.**

4. Section 5 of the Agreement is hereby amended as follows:

    5. The Town agrees that the Sheriff's Office Rules and Regulations and designated patrol coverage area, copies of which are attached hereto as Exhibit "A" and Exhibit "B," respectively, will govern the operation and deployment of the contracted law enforcement services. The Sheriff may from time to time amend said regulations. Prior to amending the regulations, the Sheriff shall send a copy of said proposed amendments(s) to the Town at least thirty (30) days prior to their effective date to provide the Town an opportunity to review and comment upon said proposed amendment(s). Anything in this Agreement to the contrary notwithstanding, all personnel assigned pursuant to this Agreement shall, at all times, be subject to the direction and control of the Sheriff. **Notwithstanding the foregoing, at all times during the term of this Agreement, the contracted deputies, Sergeant, and any other law enforcement officers providing law enforcement services to the Town under this Agreement shall have all powers and duties of police officers generally in the Town and shall be responsible for enforcing all laws and ordinances of the Town and all laws of the State of Maryland to the same extent as if they were police officers of the Town. Furthermore, during such term, the Sheriff shall have all powers and duties of the Chief of Police of the Town set forth in the Charter of the Town of Ridgely and the Code of the Town of Ridgely.**

5. All provisions of the Agreement not amended by this First Amendment shall remain in full force and effect; provided, however, that in the event of a conflict between the provisions of the Agreement and the provisions of this First Amendment, the latter shall control.

---

**IN WITNESS WHEREOF**, the Parties have set their hands and seals and executed this First Amendment.

ATTEST:                                          **COMMISSIONERS OF RIDGELY**

_____             _____
David Crist, Director of Operations          Leonard John Buckle, President of the Commissioners

Approved for legal sufficiency:

_____
Patrick W. Thomas, Town Attorney

**OFFICE OF THE SHERIFF FOR CAROLINE COUNTY, MARYLAND**

ATTEST:

_____             _____
Rodney Helmer, Chief Deputy                 Donald L. Baker, Sheriff of Caroline County

**COUNTY COMMISSIONERS OF CAROLINE COUNTY, MARYLAND**

ATTEST:

_____             _____
Katheleen Freeman, County Administrator   J. Travis Breeding, President
                                                                  Caroline County Commissioners

Approved for legal sufficiency:

_____
Stewart Barroll, County Attorney

4

Run: 6/28/2024 @ 10:14 AM

# Commissioners of Ridgely
## AP Summary Check Register C

Page: 1

| Check | Check Date | Vendor | Description | Check Amount |
|---|---|---|---|---|
| 0011783 | 6/28/2024 | AFLAC | ACCT#10080 | -115.94 |
| 0011784 | 6/28/2024 | ALARM ENGINEERING, INC. | ACCT#25920 | -63.60 |
| 0011785 | 6/28/2024 | CAREFLEX, LLC | | -30.00 |
| 0011786 | 6/28/2024 | CHESAPEAKE SEPTIC SERVICES, LLC | | -1,540.00 |
| 0011787 | 6/28/2024 | Choptank Electric Cooperative | Invoices , , , | -1,054.00 |
| 0011788 | 6/28/2024 | Choptank Supply, Inc. | | -41.99 |
| 0011789 | 6/28/2024 | COMCAST | ACCT#8299 41 024 0209118 | -244.32 |
| 0011790 | 6/28/2024 | Crist, Carolyn | | -550.00 |
| 0011791 | 6/28/2024 | CRYSTAL SPRINGS | ACCT#975103723193462 | -109.99 |
| 0011792 | 6/28/2024 | Danny's Lawn Care and Landscaping, LLC | | -50.00 |
| 0011793 | 6/28/2024 | Delmarva Power | Invoices , , , , , , , , , , , , , , , , | -6,472.90 |
| 0011794 | 6/28/2024 | GREATAMERICA FINANCIAL SERVICES | ACCT#017-1615058-000 | -697.67 |
| 0011795 | 6/28/2024 | GRIFFITH ENERGY SERVICES, INC. | ACCT#10-7609693 | -556.88 |
| 0011796 | 6/28/2024 | HIGHSTARR COPY & PRINT SERVICES | Invoices 20295, 21874 | -946.00 |
| 0011797 | 6/28/2024 | Maryland Environmental Service | ACCT#12033 | -1,709.01 |
| 0011798 | 6/28/2024 | Middle Department Inspection Agency, Inc. | 337415 | -100.00 |
| 0011799 | 6/28/2024 | PIERSON COMFORT GROUP, LLC | Invoices QB060747, QB060823 | -210.00 |
| 0011800 | 6/28/2024 | PITNEY BOWES BANK INC PURCHASE POWER | ACCT#8000-9090-0757-8441 | -507.00 |
| 0011801 | 6/28/2024 | Pitney Bowes Global Financial Services LLC | ACCT#0017125150 | -99.00 |
| 0011802 | 6/28/2024 | WEX BANK | ACCT#0496-00-814891-8 | -436.85 |
| **Total** | | | | **-15,535.15** |

Run: 6/28/2024 @ 10:21 AM

**Commissioners of Ridgely**
**AP Summary Check Register C**

Page: 1

| Check | Check Date | Vendor | Description | Check Amount |
|---|---|---|---|---|
| 0036052 | 6/28/2024 | APG MEDIA OF CHESAPEAKE | ACCT#1002551 | -1,113.75 |
| 0036053 | 6/28/2024 | BLISS PRODUCTS AND SERVICES, INC. | | -5,980.00 |
| 0036054 | 6/28/2024 | Gerald A. Sutton Accounting Services | | -1,666.67 |
| 0036055 | 6/28/2024 | MACLEOD LAW GROUP, LLC | Invoices 14480, 14481 | -2,164.50 |
| 0036056 | 6/28/2024 | ZARUBA, CONSTANCE | REIMBURSEMENT FOR PLANTS | -112.15 |
| **Total** | | | | **-11,037.07** |

Run: 6/21/2024 @ 8:42 AM

**Commissioners of Ridgely**
**AP Summary Check Register C**

Page: 1

| Check | Check Date | Vendor | Description | Check Amount |
|---|---|---|---|---|
| 0011774 | 6/21/2024 | BUCKLE, LEONARD JOHN | MML TRAVEL EXPENSES | -176.00 |
| 0011775 | 6/21/2024 | Conner, Inc. | | -687.50 |
| 0011776 | 6/21/2024 | GRIFFITH ENERGY SERVICES, INC. | ACCT#10-7609693 | -386.95 |
| 0011777 | 6/21/2024 | Middle Department Inspection Agency, Inc. | Invoices 853699, 853711 | -175.00 |
| 0011778 | 6/21/2024 | SEARS, CLARENCE | MML TRAVEL EXPENSES | -176.00 |
| 0011779 | 6/21/2024 | SUMMIT COMMUNITY BANK, INC | Invoices , | -3,389.45 |
| 0011780 | 6/21/2024 | UHY, LLP | BALANCE DUE | -75.00 |
| 0011781 | 6/21/2024 | VALERIE J. MANN | GOCCP REPORTS | -280.00 |
| 0011782 | 6/21/2024 | Verizon | ACCT#850-060-447-0001-62 | -613.13 |

**Total** -5,959.03

| | | **Commissioners of Ridgely** | |
|---|---|---|---|
| Run: 6/11/2024 @ 12:33 PM | | **AP Summary Check Register C** | Page: 1 |

| Check | Check Date | Vendor | Description | Check Amount |
|---|---|---|---|---|
| 0011743 | 6/11/2024 | AVERY HALL BENEFIT SOLUTIONS | | -100.00 |
| 0011744 | 6/11/2024 | Caroline County Commissioners | SHERIFF'S OFFICE PATROL | -10,875.00 |
| 0011745 | 6/11/2024 | CHESAPEAKE LABS, INC. | | -1,329.75 |
| 0011746 | 6/11/2024 | Choptank Electric Cooperative | Invoices , | -269.00 |
| 0011747 | 6/11/2024 | CHRISTINA LIPPINCOTT | | -240.00 |
| 0011748 | 6/11/2024 | COMCAST | Invoices , , | -978.55 |
| 0011749 | 6/11/2024 | CRYSTAL SPRINGS | ACCT#975103723193462 | -25.74 |
| 0011750 | 6/11/2024 | Danny's Lawn Care and Landscaping, LLC | | -300.86 |
| 0011751 | 6/11/2024 | Delmarva Power | Invoices , , , | -4,099.02 |
| 0011752 | 6/11/2024 | Gerald A. Sutton Accounting Services | | -1,666.67 |
| 0011753 | 6/11/2024 | GREATAMERICA FINANCIAL SERVICES | ACCT#017-1615058-000 | -695.53 |
| 0011754 | 6/11/2024 | GRIFFITH ENERGY SERVICES, INC. | Invoices 567184, 586823 | -717.31 |
| 0011755 | 6/11/2024 | HOLIDAY OUTDOOR DECOR | | -497.25 |
| 0011756 | 6/11/2024 | Hutchison Supply Company | | -469.36 |
| 0011757 | 6/11/2024 | LEONARD, MELISSA | REIMBURSEMENT FOR RES ICE CREAM SOCIAL | -154.12 |
| 0011758 | 6/11/2024 | LOWE'S | ACCT#9800 407743 8 | -194.63 |
| 0011759 | 6/11/2024 | Maryland Environmental Service | Invoices 616083, 616139 | -3,541.72 |
| 0011760 | 6/11/2024 | Middle Department Inspection Agency, Inc. | Invoices 853289, 853410, 853598 | -296.00 |
| 0011761 | 6/11/2024 | MIDSHORE TECHNOLOGY SERVICES, LLC | | -3,979.45 |
| 0011762 | 6/11/2024 | MUNICIPAL EMERGENCY SERVICES | ACCT#C54045 | -2,080.85 |
| 0011763 | 6/11/2024 | One Call Concepts, Inc. | ACCT#0000175 | -212.11 |
| 0011764 | 6/11/2024 | PACE SYSTEMS, INC | RID001 | -1,600.00 |
| 0011765 | 6/11/2024 | PITNEY BOWES BANK INC PURCHASE POWER | ACCT#8000 9090 0757 8441 | -78.38 |
| 0011766 | 6/11/2024 | REPUBLIC SERVICES #426 | Invoices 0426-001086926, 0426-001087942 | -9,402.34 |
| 0011767 | 6/11/2024 | RISK PLACEMENT SERVICES, INC. | | -647.00 |
| 0011768 | 6/11/2024 | SAM'S CLUB MC/SYNCB | ACCT#5560 5311 0092 1480 | -690.35 |
| 0011769 | 6/11/2024 | SHORE UNITED BANK | LOAN #4081142890 | -1,528.68 |
| 0011770 | 6/11/2024 | SUMMIT COMMUNITY BANK, INC | Invoices , , , | -6,667.84 |
| 0011771 | 6/11/2024 | The Carlsen Group, Inc. | | -807.00 |
| 0011772 | 6/11/2024 | USPS | ANNUAL PO BOX RENEWAL | -100.00 |
| 0011773 | 6/11/2024 | Verizon Wireless | Invoices 9965271340, 9965271341 | -1,123.88 |
| **Total** | | | | **-55,368.39** |

Run: 6/07/2024 @ 8:45 AM

**Commissioners of Ridgely**
**AP Summary Check Register C**

Page: 1

| Check | Check Date | Vendor | Description | Check Amount |
|---|---|---|---|---|
| 0011742 | 6/07/2024 | ECONOMY TREE SERVICE, INC | Invoices 7051, 7052, 7053 | -25,350.00 |
| **Total** | | | | **-25,350.00** |