

# Town of Ridgely and Caroline County Sheriff's Office Finalize FY2025 Law Enforcement Coverage Agreement

**NEWS RELEASE**

**FOR IMMEDIATE RELEASE**

**Caroline County Sheriff's Office and Town of Ridgely Sign Agreement for Fiscal Year 2025 Law Enforcement Coverage.**

**Ridgely, Caroline County, MD – May 6, 2024** – Following recent developments, the Town of Ridgely and the Caroline County Sheriff's Office have come together to ensure ongoing safety and security for the community. Originally, the Commissioners of Ridgely took immediate action by suspending the Ridgely Police Department pending an investigation by the Office of the Maryland State Prosecutor. To guarantee uninterrupted public safety services, the Commissioners initiated a temporary agreement with the Caroline County Sheriff's Office.

Now, building upon this temporary arrangement, Ridgely and the Caroline County Sheriff's Office have established a long-term partnership through an updated Agreement. This Agreement will provide the Town of Ridgely with complete law enforcement coverage, by the Caroline County Sheriff's Office, for the fiscal year 2025, with the option to renew service annually. This agreement includes a provision for maintaining 480 hours of coverage per month, emphasizing the commitment to ongoing vigilance and responsiveness to the community's needs, while also delivering overall annual cost savings to the Town of Ridgely.

"This partnership underscores our shared commitment to safety and community well-being," stated Sheriff Baker. "By working closely with the Ridgely community, we aim to build trust and ensure seamless law enforcement services to all residents.

The update agreement will take effect July 1st, 2024, with the current MOU remaining in effect until then.

**EXHIBIT 7**