

**THE SHEPARD LAW FIRM, LLC**

122 Riviera Drive
Pasadena, Maryland 21122
Phone (410) 255-0700
Facsimile (443) 773-1922

Ray M. Shepard
Ray@Shepard.Law

Maryland
Virginia
West Virginia
Washington D.C.

November 11, 2024

**VIA CERTIFIED MAIL**

John Hurley
Leonard Buckle
Stephanie Berkey
Town of Ridgely, Maryland
2 Central Avenue
Ridgely, Maryland 21660

    Re: Notice of Claims Pursuant to Md. Courts & Judicial Proceedings Code § 5-304(b)

Dear Mr. Hurley, Mr. Buckle and Ms. Berkey,

    Please be advised that I have been retained to represent Jeffrey Eckrich, Lilian Lone, John Jones, Sef Martinez, William Paskey, Andrew Turner, and Barbara Utz in connection with violations of their rights arising under the U.S. Constitution, the Maryland Declaration of Rights, and under the common law of Maryland. Please take note of the following claims:

**When**: March 12, 2024 and continuing through the present.

**Where**: Town of Ridgely, Caroline County, Maryland.

**Who**: My above-named clients were initially suspended and then wrongfully terminated from their employment with the Ridgely Police Department by the Town of Ridgely's Commissioners without just cause and without authority to do so under the Town's Charter.

**Nature of claims**: The Town of Ridgely, acting through its Commissioners, wrongfully suspended and then terminated all employees of the Ridgely Police Department falsely claiming that the directives were from the Office of the State Prosecutor. The Commissioners acted ultra vires and outside their authority, which is limited by the Town of Ridgely's Charter, to suspend and then terminate my clients, who were all employees of the Ridgely Police Department. The Town of

**EXHIBIT 10**

Ridgely not only breached its contract with Chief Jeffrey Eckrich, but also the Town's actions denied all of my clients' due process of law and severely damaged their reputations.

      Should you wish to discuss the settlement of this matter prior to initiation of litigation, please contact the undersigned counsel promptly.

Respectfully,

Ray M. Shepard, Esq.

*Counsel for Jeffrey Eckrich, Lilian Lone, John Jones, Sef Martinez, William Paskey, Andrew Turner, and Barbara Utz.*

cc:    File





```
              PASADENA
           4301 MOUNTAIN RD
         PASADENA, MD 21122-9998
              (800)275-8777
11/13/2024                        10:29 AM

Product              Qty    Unit      Price
                            Price

First-Class Mail®     1               $1.50
Large Envelope
    Annapolis, MD 21401
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
        Fri 11/15/2024
    Certified Mail®                   $4.85
        Tracking #:
            9589 0710 5270 0701 2601 13
    Return Receipt                    $4.10
        Tracking #:
            9590 9402 8177 3030 0451 14
Total                                $10.45

First-Class Mail®     1               $1.50
Large Envelope
    Ridgely, MD 21660
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
        Fri 11/15/2024
    Certified Mail®                   $4.85
        Tracking #:
            9589 0710 5270 0701 2601 06
    Return Receipt                    $4.10
        Tracking #:
            9590 9402 8177 3030 0451 07
Total                                $10.45

Grand Total:                         $20.90

Credit Card Remit                    $20.90
    Card Name: VISA
    Account #: XXXXXXXXXXXX8263
    Approval #: 08112D
    Transaction #: 482
    AID: A0000000031010   Contactless
    AL: VISA CREDIT
    CHASE VISA
```

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700701260106

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:57 pm on November 18, 2024 in RIDGELY, MD 21660.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

RIDGELY, MD 21660
November 18, 2024, 12:57 pm

### Redelivery Scheduled for Next Business Day

RIDGELY, MD 21660
November 16, 2024, 7:38 am

### Arrived at USPS Regional Facility

EASTON MD DISTRIBUTION CENTER
November 15, 2024, 2:35 pm

### USPS in possession of item

PASADENA, MD 21122
November 13, 2024, 10:28 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Case 1:25-cv-02671-BAH    Document 1-10    Filed 08/13/25    Page 5 of 5

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**