

| | |
|---|---|
| | 122 Riviera Drive<br>Pasadena, Maryland 21122<br>Phone (410) 255-0700<br>Facsimile (443) 773-1922 |

Ray M. Shepard
Ray@Shepard.Law

Maryland
Virginia
West Virginia
Washington D.C.

November 11, 2024

**VIA CERTIFIED U.S. MAIL**

Hon. Dereck E. Davis
Treasurer for Maryland
80 Calvert Street
Annapolis, Maryland 21401

      Subject: NOTICE OF CLAIM pursuant to Md. State Gov't Code § 12-106(b).

Mr. Davis:

      Please be advised that I have been retained to represent Jeffrey Eckrich, Lilian Lone, John Jones, Sef Martinez, William Paskey, Andrew Turner, and Barbara Utz in connection with violations of their rights arising under the U.S. Constitution, the Maryland Declaration of Rights, and under the common law of Maryland. Please take notice of the following claims:

**When**: March 12, 2024 and continuing through the present.

**Where**: Town of Ridgely, Caroline County, Maryland.

**Who**: My above-named clients were initially suspended and then wrongfully terminated from their employment with the Ridgely Police Department by the Town of Ridgely's Commissioners at the direction of Sheriff Donald R. Baker, Jr.

**Nature of claims**: Sheriff Baker directed the Town's Commissioners to suspend and then terminate all employees of the Ridgely Police Department falsely claiming that the directives were from the Office of the State Prosecutor. Sheriff Baker corruptly made such false statements to eliminate the Ridgely Police Department and obtain valuable contracts for the Caroline County Sheriff's Office to provide replacement law enforcement services to the Town of Ridgely. Sheriff Baker orchestrated the suspensions after seeking and executing illegal search warrants for the Ridgely Police Department that were obtained by making knowingly false statements and material omissions. Sheriff Baker's actions not only caused the Commissioners to act ultra vires and outside their authority, which is limited by the Town of Ridgely's Charter, but also Sheriff Baker's actions denied my clients due process of law and severely damaged their reputations. Sheriff Baker

EXHIBIT 11

also knowingly interfered with the contractual agreements between my clients and the Town of Ridgely.

Pursuant to Md. State Gov't Code § 12-107(a), my clients demand damages in excess of $400,000 each. Should you wish to discuss the settlement of this matter prior to initiation of litigation, please contact the undersigned counsel promptly.

Respectfully,

Ray M. Shepard, Esq.

*Counsel for Jeffrey Eckrich, Lilian Lone, John Jones, Sef Martinez, William Paskey, Andrew Turner, and Barbara Utz.*

cc:   File







```
                PASADENA
             4301 MOUNTAIN RD
         PASADENA, MD 21122-9998
               (800)275-8777
11/13/2024                          10:29 AM

Product              Qty    Unit      Price
                            Price
-------------------------------------------
First-Class Mail®     1               $1.50
Large Envelope
   Annapolis, MD 21401
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Fri 11/15/2024
   Certified Mail®                    $4.85
      Tracking #:
         9589 0710 5270 0701 2601 13
   Return Receipt                     $4.10
      Tracking #:
         9590 9402 8177 3030 0451 14
Total                                $10.45

First-Class Mail®     1               $1.50
Large Envelope
   Ridgely, MD 21660
   Weight: 0 lb 1.00 oz
   Estimated Delivery Date
      Fri 11/15/2024
   Certified Mail®                    $4.85
      Tracking #:
         9589 0710 5270 0701 2601 06
   Return Receipt                     $4.10
      Tracking #:
         9590 9402 8177 3030 0451 07
Total                                $10.45

-------------------------------------------
Grand Total:                         $20.90
-------------------------------------------
Credit Card Remit                    $20.90
   Card Name: VISA
   Account #: XXXXXXXXXXXX8263
   Approval #: 08112D
   Transaction #: 482
   AID: A0000000031010    Contactless
   AL: VISA CREDIT
   CHASE VISA
```

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700701260113

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 11:25 am on November 15, 2024 in ANNAPOLIS, MD 21411.

**Get More Out of USPS Tracking:**

　USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent, Picked up at USPS**

ANNAPOLIS, MD 21411
November 15, 2024, 11:25 am

### Arrived at Post Office

ANNAPOLIS, MD 21401
November 15, 2024, 11:20 am

### USPS in possession of item

PASADENA, MD 21122
November 13, 2024, 10:26 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**　　　　　　　　　　　　　　　　　　　　　　　　　ˇ

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**